Joseph D. Estes (Nevada Bar No. 8446)
Scott F. Frerichs (Admitted Pro Hac Vice)
**MANN, BERENS & WISNER, LLP**
3300 N. Central Avenue, Suite 2400
Phoenix, Arizona 85012-2513
          -and-
7881 W. Charleston Blvd., Suite 210
Las Vegas, Nevada 89117
Telephone: (602) 258-6200
Facsimile: (602) 258-6212
E-mail: jestes@mbwlaw.com

*Attorneys for Defendant Intermatic Incorporated*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OCCIDENTAL FIRE & CASUALTY OF NORTH CAROLINA, a North Carolina Corporation, | Case No. 2:09-cv-02207-RLH-LRL |
| Plaintiff, | **INTERMATIC INCORPORATED'S MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS** |
| vs. | |
| INTERMATIC INCORPORATED, a Delaware Corp. dba GRASSLIN, formerly a GE Industrial systems Company; TRUE MANUFACTURING COMPANY, a Missouri Corporation; TRUE FOOD SERVICE EQUIPMENT, INC., a Missouri business entity; SYSCO FOOD SERVICE OF LAS VEGAS, INC., a Nevada Corporation; WHEELER'S ELECTRIC, INC., a Nevada Corporation; GARY DEAN SCACCO dba VALLEY REFRIGERATION AND SHEET METAL; GARY SCACCO dba VALUE REFRIGERATION & SHEET METAL; MADONE, LLC, a Nevada Limited Liability Corporation dba STAGECOACH DEPOT, | |
| Defendants. | |

Pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, Defendant Intermatic Incorporated ("Intermatic") requests a one week extension of time in which to submit its Response to Plaintiff's Motion to Dismiss. This request is based on counsel undersigned having other professional commitments as well as recently traveling out of town for personal

1. reasons. Counsel avows this request is not being made for the purpose of harassment or to
2. unduly delay the proceedings.
3.     Intermatic respectfully submits that good cause exists for a brief one week extension and
4. requests that the Court enter an Order allowing it up to and until March 31, 2011 in which to file
5. its Response to Plaintiff's Motion to Dismiss.
6.     DATED this 24th day of March, 2011.

                        MANN, BERENS & WISNER, LLP

                        By /s/ Scott F. Frerichs
                           Scott F. Frerichs
                           *Attorneys for Defendant Intermatic Incorporated*

**IT IS SO ORDERED** that Defendant Intermatic Incorporated has up to and until March 31, 2011 to file its Response to Plaintiff's Motion to Dismiss.

    **DATED:** March 25, 2011.

                           _____
                           UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, I electronically transmitted **INTERMATIC INCORPORATED'S MOTION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS** to the Clerk's Office using the CM/ECF System for filing and sent by United States mail a copy of the foregoing document to the following:

| | |
|---|---|
| Mark J. Connot, Esq.<br>Jeffery R. Hall, Esq.<br>HUTCHISON & STEFFEN, LLC<br>Peccole Professional Park<br>10080 W. Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>Attorneys for Plaintiff | Keith R. Gillette, Esq.<br>ARCHER NORRIS<br>2033 N. Main Street, Suite 800<br>Walnut Creek, CA 94596-3759<br>Attorneys for Defendant True Manufacturing Company, Inc. and True Food Service Equipment, Inc. and Sysco Food Service of Las Vegas, Inc. |
| Gregory S. Mills, Esq.<br>502 S. 9th Street<br>Las Vegas, NV 89101<br>Attorneys for Gary Dean Scacco d/b/a Valley Refrigeration & Sheet Metal | Terry A. Coffing, Esq.<br>Tye S. Hanseen, Esq.<br>MARQUIS & AURBACH<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>and |
| Jonathan J. Hansen, Esq.<br>HANSEN RASMUSSEN, LLC<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br>Attorneys for Wheeler's Electric, Inc. | Brian G. Cunningham, Esq.<br>Brian T. Smith, Esq.<br>NIELSON, ZEHE & ANTAS, P.C.<br>55 W. Monroe Street, Suite 1800<br>Chicago, IL 60603<br>Attorneys for Madone, LLC. dba Stagecoach Depot |
| Kenneth R. Bick, Esq.<br>LAW OFFICE OF KENNETH R. BICK<br>1005 Terminal Way, Suite 172<br>Reno, NV 89502<br>and | |

/s/ Sylvia Acosta
Sylvia Acosta
An Employee of Mann Berens & Wisner

3