**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| OCCIDENTAL FIRE & CASUALTY OF NORTH CAROLINA,<br><br>        Plaintiff,<br><br>vs.<br><br>INTERMATIC INCORPORATED, *et al.,*<br><br>        Defendants. | 2:09-cv-02207-JCM-VCF<br><br>**MINUTE ORDER** |

Before the Court is *Occidental Fire & Casualty of North Carolina v. Intermatic Incorporated, et al.*, case no. 2:09-cv-02207-JCM-VCF.

Pursuant to the Amended Stipulation and Order to Extend Discovery Deadlines (#103), the parties stipulated to extend the deadline of the Interim Status Report to December 10, 2012 and the Joint Pretrial Order to December 14, 2012. The Court entered the order allowing the extension on November 27, 2012. (#105). On December 14, 2012, the parties filed the Interim Status Report. (#106). To date, the Joint Pretrial Order has not been filed.

IT IS HEREBY ORDERED that the parties must file a Joint Pretrial Order on or before January 11, 2013.

DATED this 4th day of January, 2013.

                                                                                               _____
                                                                                               CAM FERENBACH
                                                                                               UNITED STATES MAGISTRATE JUDGE