**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OCCIDENTAL FIRE & CASUALTY OF NORTH CAROLINA,<br><br>    Plaintiff,<br><br>v.<br><br>INTERMATIC INCORPORATED, et al.,<br><br>    Defendants. | 2:09-CV-2207 JCM (VCF) |

**ORDER**

Presently before the court is plaintiff Occidental Fire & Casualty of North Carolina's motion to voluntarily dismiss Sysco Food Service of Las Vegas, Inc. ("Sysco"). (Doc. # 143).

Plaintiff seeks to dismiss its claims against Sysco pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice. (Doc. # 11). Pursuant to Fed. R. Civ. P. 41(a)(2), the court may dismiss an action at plaintiff's request on terms the court considers proper.

Here, Sysco has not asserted any counterclaims. Thus, the court finds that there will be no prejudice to any remaining party in this matter if dismissal is granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Occidental Fire & Casualty of North Carolina's motion to voluntarily dismiss Sysco Food Service of Las Vegas, Inc., (doc. # 143) be, and the same hereby is, GRANTED.

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that plaintiff's claims against Sysco are dismissed with
2 prejudice.
3    DATED April 25, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -