UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OCCIDENTAL FIRE & CASUALTY of NORTH CAROLINA, a North Carolina Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERMATIC INCORPORATED, a Delaware Corp. dba GRASSLIN, formerly a GE Industrial Systems Company; TRUE MANUFACTURING COMPANY, A Missouri Corporation; TRUE FOOD SERVICE EQUIPMENT, INC. A Missouri business entity; SYSCO FOOD SERVICE OF LAS VEGAS, INC., a Nevada Corporation; WHEELER'S ELECTRIC, INC., a Nevada Corporation; GARY DEAN SCACCO dba VALLEY REFRIGERATION AND SHEET METAL, GARY SCACCO, dba VALUE REFRIGERATION & SHEET METAL; MADONE, LLC, a Nevada Limited Liability Corporation dba STAGECOACH DEPOT,<br><br>Defendants. | Case No. 2:09-cv-02207-JCM-VCF<br><br>**REVISED**         **JUDGMENT** |

This Action came before the Court, Honorable James C. Mahan presiding, for a trial by jury. The jury rendered a verdict in favor of defendants TRUE MANUFACTURING COMPANY, INC. and TRUE FOOD SERVICE EQUIPMENT, INC., and against plaintiff OCCIDENTAL FIRE & CASUALTY of NORTH CAROLINA.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1) The plaintiff recover nothing, the action be dismissed on the merits, and defendants TRUE MANUFACTURING COMPANY, INC. and TRUE FOOD SERVICE EQUIPMENT, INC. recover costs from the plaintiff OCCIDENTAL FIRE & CASUALTY of NORTH CAROLINA as provided by law.

IT IS SO ORDERED.

Dated: **September 10**, 2013

_____
Hon. James C. Mahan
United States District Judge

C:\NRPortbl\AN1\TPICO\1651736_1.doc