1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

11

| | |
|---|---|
| OCCIDENTAL FIRE & CASUALTY of NORTH CAROLINA, a North Carolina Corporation, | Case No.  2:09-cv-02207-JCM-VCF |
| Plaintiff, | **REVISED          JUDGMENT** |
| v. | |
| INTERMATIC INCORPORATED, a Delaware Corp. dba GRASSLIN, formerly a GE Industrial Systems Company; TRUE MANUFACTURING COMPANY, A Missouri Corporation; TRUE FOOD SERVICE EQUIPMENT, INC. A Missouri business entity; SYSCO FOOD SERVICE OF LAS VEGAS, INC., a Nevada Corporation; WHEELER'S ELECTRIC, INC., a Nevada Corporation; GARY DEAN SCACCO dba VALLEY REFRIGERATION AND SHEET METAL, GARY SCACCO, dba VALUE REFRIGERATION & SHEET METAL; MADONE, LLC, a Nevada Limited Liability Corporation dba STAGECOACH DEPOT, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    This Action came before the Court, Honorable James C. Mahan presiding, for a trial by

2    jury. The jury rendered a verdict in favor of defendants TRUE MANUFACTURING

3    COMPANY, INC. and TRUE FOOD SERVICE EQUIPMENT, INC., and against plaintiff

4    OCCIDENTAL FIRE & CASUALTY of NORTH CAROLINA.

5

6    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

7    1)    The plaintiff recover nothing, the action be dismissed on the merits, and

8    defendants TRUE MANUFACTURING COMPANY, INC. and TRUE FOOD SERVICE

9    EQUIPMENT, INC. recover costs from the plaintiff OCCIDENTAL FIRE & CASUALTY of

10   NORTH CAROLINA as provided by law.

11

12   IT IS SO ORDERED.

13

14

15   Dated: September 10, 2013

16                                                      Hon. James C. Mahan
                                                        United States District Judge

17   C:\NRPortbl\AN1\TPICO\1651736_1.doc

18

19

20

21

22

23

24

25

26

27

28